

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2017

No. 04-16-00519-CV

Loren **BREWER**,
Appellant

v.

**SCHLUMBERGER TECHNOLOGY CORPORATION**, Schlumberge, N.V. a/k/a
Schlumberger Limited and Jose Salazar Jr.,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-09-53692-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

This court dismissed this appeal for want of jurisdiction because it appeared from the record that not all parties were disposed of. Appellees have now filed a "Motion for Rehearing or Clarification," arguing the parties in question were never served and thus, were never parties. Appellees further contend that although this court should not dismiss the appeal for want of jurisdiction because the appeal is not final, we should dismiss the appeal for want of jurisdiction because appellant's notice of appeal is untimely. After reviewing appellees' motion, we **ORDER** appellant to file a written response to appellees' Motion for Rehearing or Clarification in this court on or before **February 6, 2017**, showing cause why we should withdraw our prior opinion and judgment and render a new opinion and judgment dismissing the appeal for want of jurisdiction because the notice of appeal is untimely.

It is so ORDERED January 27, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court